FAIR SHARE ORGANIZATION, INC. *v.* MITNICK
D/B/A CENTRAL 4TH STREET DRUGS.

[No. 19,741. Filed March 19, 1963. Rehearing denied April 4, 1963.
Transfer denied June 18, 1963.]

*F. L. Anderson, Jr., Anderson, Hicks & Anderson*
and *Hilbert L. Bradley,* all of Gary, for appellant.

*Fox, Transki & Martin,* of Michigan City and *Link,
Link & Franceschini,* of LaPorte, for appellee.

PER CURIAM.—This case is on petition to transfer
from the Appellate Court. See 134 Ind. App. 675, 188
N. E. 2d 840.

While agreeing with the result attained in the Appelate Court decision, we do not agree with certain
statements and conclusions set forth in the opinion.

Transfer denied.

NOTE.—Reported in 191 N. E. 2d 100.